# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | |
| WRIGLEYVILLE HOTEL, LLC, *et al.* | ) | Case No. 14 B 21216 |
| | ) | |
| Debtors. | ) | Honorable Eugene R. Wedoff |
| | ) | |
| | ) | Motion Date: May 27, 2015 |
| | ) | Motion Time: 10:00 a.m. |

## NOTICE OF MOTION

To:   See Attached Service List

PLEASE TAKE NOTICE THAT on May 27, 2015 at the hour of 10:00 a.m., a **MOTION TO APPROVE FINAL SALE ORDER** shall be heard by the Honorable Eugene R. Wedoff of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 744 at 219 South Dearborn, Chicago, Illinois. A copy of same is attached hereto and thereby served upon you. You may appear if you so see fit.

GOLAN & CHRISTIE LLP

### Affidavit of Service

I, Anthony J. D'Agostino, an attorney, certify that the above captioned Notice of Motion and Motion to Approve Final Sale Order were served upon those who receive notice via CM/ECF filing and those who receive notice via Regular Mail with postage pre-paid from 70 W. Madison, Chicago, IL 60602 on May 27, 2015.

/s/ *Anthony J. D'Agostino*
Anthony J. D'Agostino

Robert R. Benjamin (ARDC #0170429)
Anthony J. D'Agostino (ARDC #6299589)
GOLAN CHRISTIE LLP
70 West Madison, Suite 1500
Chicago, Illinois 60602
312-263-2300

## SERVICE LIST

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
Via CM/ECF

Wrigleyville Hotel LLC and Wrigleyville LLC
c/o Goldstein McClintock LLLP
208 South LaSalle Street, Suite 1750
Chicago, IL 60604
Via CM/ECF

Hotel Debt LLC
c/o Polsinelli Shughart PC
161 N. Clark Street, Suite 4200
Chicago, IL 60601
Via CM/ECF

L&N Real Estate Consultants, Inc
1030 W Chicago Ave
3rd Floor
Chicago, IL 60642
Via Regular Mail

Swartz Financial Management Inc.
650 East Algonquin Road
Schaumburg, IL 60173
Via Regular Mail

Timothy J Collins
c/o Elvis D Gonzalez
Elvis Gonzalez Ltd
70 West Madison Street Suite 5050
Chicago, IL 60602
Via CM/ECF

Wrigleyville Hotel LLC
c/o Jeffrey Strange
Jeffrey Strange & Associates
717 Ridge Road
Wilmette, IL 60091
Via CM/ECF

AEP Energy
225 W Wacker Dr. #700
Chicago, IL 60606
Via Regular Mail

Catalano, Caboor & Co
Steven J Borucki
101 W 22nd suite 207
Lombard, IL 60148
Via Regular Mail

Catalano, Caboor & Co.
101 W 22nd St #207
Lombard, IL 60148
Via Regular Mail

City of Chicago
Department of Water Management
P.O. Box 6330
Chicago, IL 60680-6330
Via Regular Mail

Collins Construction, Inc.
3456 N Clark St.
Chicago, IL 60657
Via Regular Mail

Contractors Acces Eq. Co. Inc.
2222 South Halsted Street
Chicago, IL 60608
Via Regular Mail

Cook County Treasurer
118 N. Clark - Room 112
Chicago, Illinois 60602
Via Regular Mail

Crane & Norcross
2 N LaSalle St., Ste. 900
Chicago, IL 60602-4059
Via Regular Mail

Department of the Treasury
Internal Revenue Service
Pob 7346
Philadelphia, PA 19101
Via Regular Mail

Greentech Foam & Insulation, Inc
11641 S Ridgeland Ave
Alsip, IL 60803
Via Regular Mail

Gregg Harkowski
2500 Grove St.
River Grove, IL 60171
Via Regular Mail

Henry Jung
1109 W Newport
Chicago, IL 60657
Via Regular Mail

Horizon Hotel Group
747 N Wabash Ave #1801
Chicago, IL 60611
Via Regular Mail

Horizon Hotel Group LLC
2250 N Cleveland Ave suite 3
Chicago, IL 60614
Via Regular Mail

Indiana Limestone Co.
c/o Victor Oolitic Stone Company
P.O. Box 27
Oolitic, IN 47451
Via Regular Mail

Indiana Limestone Company
c/o Douglas J. Lipke
Vedder Price P.C.
222 N. LaSalle Street, Suite 2600
Chicago, Illinois 60601-1003
Via Regular Mail

Internal Revenue Service
District Counsel
200 W Adams St., Suite 2300
Chicago, IL 60606
Via Regular Mail

IPSA Corp
1166 W Grand Ave
Chicago, IL 60642
Via Regular Mail

IPSA Corporation
c/o Louis A Weinstock
223 W. Jackson Suite 512
Chicago, IL 60606
Via Regular Mail

J Jablonski Construction Inc.
4852 N Mason Ave
Chicago, IL 60630
Via Regular Mail

Jurek Jablonski Construction Inc
4852 N Mason Ave
Chicago, IL 60630
Via Regular Mail

Magnum Transportation
3619 S. Normal Ave
Chicago, IL 60609
Via Regular Mail

Martin & Karcazes, Ltd.
161 N. Clark St., Ste. 550
Chicago, IL 60601
Via Regular Mail

Maya Masonry, Inc.
400 Skokie Blvd S380
Northbrook, IL 60062
Via Regular Mail

Midwest Trading 1
305 Spring Creek #1108
Schaumburg, IL 60173
Via Regular Mail

Nova Fire Protection
1530 Wiley Rd
Schaumburg, IL 60173
Via Regular Mail

Schain, Banks, Kenny & Schwartz, Ltd.
70 W. Madison St.
Suite 5300
Chicago, IL 60602
Via Regular Mail

The Main Event LLC
3456 N Clark St.
Chicago, IL 60657
Via Regular Mail

Williams Plumbing
10134 Clow Creek Dr.
Plainfield, IL 60585
Via Regular Mail

Midway Enterprises Inc.
280 N Rand Rd Ste C
Lake Zurich, IL 60047
Via Regular Mail

Miranda E. Byrd
Kaplan, Papadakis & Gournis, P.C.
180 N LaSalle St., Ste. 2108
Chicago, IL 60601
Via Regular Mail

People's Gas
130 E. Randolph
Chicago, IL 60601
Via Regular Mail

Soukup Plumbing
826 North Ave
Glendale Heights, IL 60139
Via Regular Mail

Thompson Rental
215 W Irving Park Rd
Bensenville, IL 60106
Via Regular Mail

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | |
| **WRIGLEYVILLE HOTEL, LLC**, *et al.* | ) | Case No. 14 B 21216 |
| | ) | |
| Debtors. | ) | Honorable Eugene R. Wedoff |
| | ) | |
| | ) | Motion Date: May 27, 2015 |
| | ) | Motion Time: 10:00 a.m. |

## 3458 N CLARK LLC'S MOTION TO APPROVE FINAL SALE ORDER

NOW COMES 3458 N Clark LLC ("Clark LLC"), by and through its attorneys, Robert R. Benjamin and Anthony J. D'Agostino of Golan & Christie LLP, and submits this motion for a Final Sale Order pursuant to the Auction held on May 22, 2015 on the property commonly known as 3458 North Clark Street, Chicago, Illinois 60657 (the "Motion"). In support thereof, Clark LLC states as follows:

1. Wrigleyville, LLC ("Wrigleyville") owns the property commonly known as 3458 North Clark Street, Chicago, Illinois 60657 (the "Garage Property"). Clark LLC is the only secured lender on the Garage Property and is owed in excess of $1.66 million.

2. On February 20, 2015, the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court") entered an Order (A) Establishing Bid Procedures in Connection with the Sale of Certain Real Property of the Debtors, (B) Approving the Form and Manner of Notices, (C) Setting a Final Hearing, and (D) Granting Related Relief [Doc. No. 110].

3. Debtors scheduled a continued auction for May 22, 2015 at 10:00 a.m. at the office of Debtors' counsel (the "Auction"). Prior to the Auction, Clark LLC submitted a credit bid pursuant to Paragraph 9(b) of the Bid Procedures approved by the Bankruptcy Court in the amount of $1,660,755.75 (the "Credit Bid").

4.       The Credit Bid was the only bid on the Garage Property[1].

5.       Clark LLC's Credit Bid at the Auction results in the payment and satisfaction of 100 percent of Wrigleyville's secured creditors and 96 percent of Wrigleyville's total creditors. Wrigleyville also owes approximately $53,000 in real estate taxes on the Garage Property, $18,000 in non-insider unsecured claims and $5,000 in insider claims.

6.       As the only qualified and successful bidder on the Garage Property at the Auction, Clark LLC will assume Wrigleyville's liability for the real estate taxes.

7.       Wrigleyville's single asset real estate case has been pending before the Bankruptcy Court since July 7, 2014. Wrigleyville has never had a commitment to pay an amount equal to or in excess of Clark LLC's Credit bid at any time prior to or during the pendency of this chapter 11 Bankruptcy case.

8.       Confirming Clark LLC's Credit Bid as the successful bidder at the Auction on the Garage Property is in the best interests of the Wrigleyville, the Estate and Wrigleyville's Creditors.

WHEREFORE, Clark LLC requests the following:

A.       That this Bankruptcy Court enter an Final Sale Order confirm the Credit Bid received at the Auction conducted on May 22, 2015 as the highest and best offer on the Garage Property and issue a deed in the name of 3458 N Clark LLC, or its designee, for the Garage Property;

B.       That this Bankruptcy Court award Plaintiff immediate possession of the Property; and

---

[1] While Debtors' counsel failed to acknowledge the Credit Bid during at the Auction, Debtors' counsel has since acknowledged that the Credit Bid was received as a Qualified Bid pursuant to the Bid Procedures. Reference to the Credit Bid was also omitted from the Report of Auction filed by Debtors on May 25, 2015.

C. For such other and further relief as the Bankruptcy Court deems just, equitable and proper under the law.

Respectfully submitted,

3458 N CLARK LLC,

By: /s/ *Anthony J. D'Agostino* _____
Anthony J. D'Agostino
One of its attorneys

Robert R. Benjamin (ARDC #0170429)
Anthony J. D'Agostino (ARDC #6299589)
GOLAN CHRISTIE LLP
70 West Madison, Suite 1500
Chicago, Illinois 60602
312-263-2300